UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kathleen Tribble,

        Plaintiff(s),

        v.                         Case No.  1:03cv403

                                     (Judge Michael H. Watson)

Johnny Lee Graham, et al.,

        Defendant(s)

# ORDER

        This matter is before the Court on the Magistrate Judge's Report and Recommendation filed June 15, 2005 (Doc. 114).

        Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981).   No objections to the Magistrate Judge's Report and Recommendation have been filed.

        Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation to be correct.

        Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED.**   The Plaintiff failed to respond to the Magistrate's Show Cause Order of May 26, 2005, why the Court should not dismiss this action for lack of prosecution.   Therefore, the Report and Recommendation of the Magistrate is correct and this action is closed.

bac       July 6, 2005

                                  Michael H. Watson
                                  United States District Judge